■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERIC ROBINSON, Appellant. [715 NYS2d 674] —Judgment unanimously affirmed (*see, People v Lococo,* 92 NY2d 825, 827). (Appeal from Judgment of Onondaga County Court, Fahey, J.— Robbery, 1st Degree.) Present—Pigott, Jr., P. J., Green, Pine, Balio and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RODNEY CARTER, Appellant. [715 NYS2d 354] —Judgment unanimously affirmed (*see, People v Lococo,* 92 NY2d 825, 827). (Appeal from Judgment of Oneida County Court, Donalty, J.— Attempted Assault, 1st Degree.) Present—Pigott, Jr., P. J., Green, Pine, Balio and Lawton, JJ.